# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
# CENTRAL ISLIP DIVISION

| | |
|---|---|
| CHRISTOPHER LARIBEE,<br><br>    v.<br><br>PREMIER INFRASTRUCTURE &<br>ENERGY LLC. | Case No. 2:23-cv-09443-NJC-AYS |

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

Notice is given that Plaintiff has accepted Defendants Offer of Judgment, attached as Exhibit 1, on February 6, 2024. As such, Plaintiff respectfully requests the court enter a Judgment reflecting the terms set forth herein and dismiss the case with prejudice.

Dated:  February 6, 2025.

Respectfully submitted,

By: */s/ Olivia R. Beale*
Michael A. Josephson*
Andrew W. Dunlap*
Olivia R. Beale
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Phone: (713) 352-1100
Fax:    (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

Brent E. Pelton
**PELTON GRAHAM LLC**
11 Broadway, Suite 1503
New York, New York 10006
Phone: (212) 385-9700


Richard J. (Rex) Burch*

**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Phone: (713) 877-8788
Fax:     (713) 877-8065
rburch@brucknerburch.com

*Pro hac vice applications forthcoming*

**ATTORNEYS FOR LARIBEE AND
THE HOURLY UTILITY LOCATORS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on February 6, 2025.

                                      */s/ Olivia R. Beale*
                                      Olivia R. Beale