UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER LARIBEE,

          Plaintiff,

  - against -                                     **JUDGMENT**
                                                     CV 23-9443 (NJC) (AYS)

PREMIER INFRASTRUCTURE & ENERGY, LLC,

          Defendant.
-----------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on February 6, 2025, accepting Defendant's February 6, 2025 offer to allow judgment against it in the amount of $60,000.00, inclusive of costs and reasonable attorneys' fees incurred as of the date of the offer, in complete satisfaction of Plaintiff's individual claims pursuant to the Fair Labor Standards Act ("FLSA") in the above captioned action, it is

**ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Christopher Laribee against Defendant Premier Infrastructure & Energy, LLC in the amount of $60,000.00, inclusive of costs and reasonable attorneys' fees incurred as of February 6, 2025, in complete satisfaction of Plaintiff's individual claims pursuant to the FLSA in the above captioned action; and that this case is closed.

Dated: February 14, 2025
       Central Islip, New York

                                                            BRENNA B. MAHONEY
                                                            CLERK OF COURT

                                          By:    /s/ James J. Toritto
                                                      Deputy Clerk